# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TERENCE WESTLEY

NO. 2021 KW 1336

**FEBRUARY 14, 2022**

---

In Re:    Terence Westley, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 09-16-0433.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT GRANTED.** The district court is ordered to proceed toward disposition of relator's application for postconviction relief, filed March 9, 2021, if it has not already done so.

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT